# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWAYNE T. FREEMANTLE, FAIZA AHMED, IMRAN AHMED, RAUL A. MARTINEZ, and SHANNON SKUBEL,<br><br>            Plaintiffs,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>            Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC ("Trans Union"), by counsel, hereby files this Notice of Removal of the subject action from the Civil Court of the City of New York, County of Kings, to the United States District Court for the Eastern District of New York. In support of its Notice of Removal, Trans Union states:

    1.    Plaintiffs, Dwayne T. Freemantle, Faiza Ahmed, Imran Ahmed, Raul A. Martinez, and Shannon Skubel, filed an action on or about November 1, 2022 in the Kings County Civil Court, entitled *Dwayne T. Freemantle, Faiza Ahmed, Imran Ahmed, Raul A. Martinez, Shannon Skubel vs. Trans Union, LLC*, Index No. CV-015256-22/KI.

    2.    Trans Union was served with a Summons and Class Action Complaint (the "Complaint") on or about November 10, 2022. Pursuant to 28 U.S.C. § 1446(a), copies of the Summons, Complaint, and corresponding affirmations are attached hereto as **Exhibit A**. No other process, pleadings or orders have been served on Trans Union.

3. Removal is timely under 28 U.S.C. § 1446(b) because Trans Union has filed this notice with this Court within thirty (30) days after service of the Summons and Complaint on Trans Union.

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. The Complaint, on its face, alleges violations of the Fair Credit Report Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"), *see* Complaint ¶¶ 1; 9; 11; 48-65, and thus arises under the laws of the United States. 28 U.S.C. § 1331; *see also* U.S.C. § 1681p (explaining actions under 15 U.S.C. § 1681 *et seq.* "may be brought in any appropriate United States district court, without regard to the amount in controversy…").

5. Pursuant to 28 U.S.C. § 1441(a), removal to the United States District Court for the Eastern District of New York from the Civil Court of the City of New York, Kings County, is proper because Kings County lies within this federal court's jurisdiction. *See* 28 U.S.C. § 112(c).

6. Notice of this removal will be promptly filed with the Civil Court of the City of New York, Kings County, and served upon all adverse parties pursuant to 28 U.S.C. § 1446(d).

7. Should any questions arise to the propriety of removal of this action, Trans Union requests the opportunity to brief any disputed issues and to present oral argument in support of its position.

8. No previous request has been made for the relief requested herein.

**WHEREFORE**, Defendant Trans Union LLC, by counsel, removes the subject action from the Civil Court of the City of New York, Kings County, to this United States District Court for the Eastern District of New York.

Dated: December 9, 2022

    Respectfully submitted,

*/s/ Natsayi Mawere*
Natsayi Mawere (nmawere@reedsmith.com)
REED SMITH LLP
599 Lexington Ave
New York, NY 10022
Telephone: (212) 521-5400

*Counsel for Defendant Trans Union LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, a true and correct copy of Defendant Trans Union LLC's Notice of Removal was filed with the Clerk of the Court, and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following party:

>Edward B. Geller, Esq.
>Edward B. Geller, Esq., P.C.
>15 Landing Way
>Bronx, New York 10464
>Phone: (914) 473-6783
>
>*Attorney for the Plaintiffs Dwayne T. Freemantle, Faiza Ahmed, Imran Ahmed, Raul A. Martinez, and Shannon Skubel*

*/s/ Natsayi Mawere*